

# Greenbaum Rowe Smith & Davis LLP

## COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROBERT J. FLANAGAN III
(732) 476-3204 - DIRECT DIAL
(732) 476-3205 - DIRECT FAX
RFLANAGAN@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

April 21, 2016

**VIA ECF**

Hon. Steven C. Mannion U.S.M.J.
United States District Court
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street - 2nd. Floor
Newark, NJ 07102

> Re: United States v. Narendra Singh Plaha
> Magistrate No.16-6044 (SCM)

Dear Judge Mannion:

On April 5, 2016, I entered an appearance as counsel on behalf of defendant Narendra Singh Plaha, in the above referenced matter. I am writing to the Court today, to advise the Court that my appearance on April 5, 2016 was solely for the initial appearance, and that Mr. Plaha has not retained my firm to represent him in this matter. I am copying Mr. Plaha on this correspondence so that he is aware that he must retain new counsel to represent him in this matter going forward.

Respectfully submitted,

Robert J. Flanagan III

cc: Mr. Narendra Singh Plaha (via regular and certified mail, r.r.r.)
    Dennis C. Carletta, Esq. (via ECF)