# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Date:** 12/2/16

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Amy Andersonn

**Title of Case:**　　　　　　　　　　　　　　　　　　　　**Docket No.** 16-cr-557(MCA)

U.S.A. v. NARENDRA SINGH PLAHA

**Appearances:**

Dennis C. Carletta, AUSA, for the Government
Eric Breslin, Esq., for defendant


**Nature of proceedings**: PLEA TO AN INFORMATION

Ordered defendant sworn.
Deft. advised of rights.
Defendant pled guilty to a One Count Information.
Waiver of Indictment executed and filed.
Information filed.
Rule 11 form filed.
Plea Agreement filed.
ORDERED sentence date set for 3/14/2017 at 12:00 p.m.
ORDERED continued bail.

Time Commenced 11:45 a.m.
Time Adjourned 12:15 p.m.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Amy Andersonn*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk